United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 19-51909-KMS |
| Erestine Barnes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: van022 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

**Recip ID         Recipient Name and Address**
db            + Erestine Barnes, 68 County Rd 3100, Pachuta, MS 39347-9711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

**Name                          Email Address**

David Rawlings
                ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Karen A. Maxcy
                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing karen.maxcy@mccalla.com
                BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy
                on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Inventory Trust karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Michael J McCormick
                on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of NRZ Inventory Trust Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0538-6　　　　　　　　　　　User: mssbad　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 24, 2025　　　　　　　　　Form ID: van022　　　　　　　　　　　Total Noticed: 1

Samuel J. Duncan
　　　　　　　　　　on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
　　　　　　　　　　on behalf of Debtor Erestine Barnes trollins@therollinsfirm.com
　　　　　　　　　　jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
　　　　　　　　　　USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:** | **Case No.:** 19−51909−KMS |
| Erestine Barnes<br>aka Earnestine Barnes, aka Earnesten Barnes | **Chapter:** 13 |

### FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 6/24/25                                   **/s/Katharine M. Samson**
                                                     **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022−OCAC